UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:  Case No. 21-11028-BKC-SMG

MY FL MANAGEMENT, LLC,  Chapter 11

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Zach B. Shelomith, Esq. and the law firm of Leiderman Shelomith Alexander + Somodevilla, PLLC, pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as counsel for secured creditor **A&D MORTGAGE LLC, as Servicer for Imperial Fund I, LLC** (the "Creditor"), with regard to all matters and proceedings in the above-captioned bankruptcy proceeding. The Creditor hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to it by due service upon its undersigned attorneys.

Dated: February 8, 2021

    LEIDERMAN SHELOMITH
    ALEXANDER + SOMODEVILLA, PLLC
    Counsel for the Creditor
    2699 Stirling Road, Suite C401
    Ft. Lauderdale, Florida 33312
    Telephone: (954) 920-5355
    Facsimile: (954) 920-5371

    By: _____/s/_____
        ZACH B. SHELOMITH
        Florida Bar No. 0122548
        zbs@lsaslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on February 8, 2021 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to MY FL Management, LLC, 17070 Collins Ave # 255, Sunny Isles Beach, FL 33160.

    By: _____/s/_____
        Zach B. Shelomith

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale