## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

                                         Case No. 21-11028-SMG

My FL Management, LLC

                                         Chapter 11

       Debtor.

_____/

### NOTICE OF FILING MAY – JULY 2021 BUDGET

      My FL Management, LLC, the Chapter 11 debtor and debtor-in-possession (the "Debtor"),

by and through undersigned counsel, hereby files the attached *Consolidated Budget* for the period

of May through July 2021, in support of its continued use of cash collateral consistent with its

*Emergency Motion for Authorization to Use Cash Collateral* (ECF #12) and the *Second Interim*

*Order Granting Debtor's Emergency Motion for Authorization to Use Cash Collateral* and

resetting for hearing consideration of continued use of Cash Collateral for April 29, 2021 at 1:30

p.m. ECF #52.

      Respectfully submitted on April 27, 2021

                             **EDELBOIM LIEBERMAN**
                              **REVAH OSHINSKY PLLC**
                              *Counsel for the Debtor*
                              20200 W. Dixie Highway, Suite 905
                              Miami, FL 33180
                              Telephone: (305) 768-9909
                              Facsimile: (305) 928-1114
                              Email: brett@elrolaw.com

                              By:*/s/ Brett Lieberman*
                              Brett D. Lieberman (FBN 69583)

# MY FL MANAGEMENT LLC
# BUDGET
### February through April 2021

| | May 21 | June 21 | July 21 | TOTAL |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **3621 & 3623 Room Rental Income** | | | | |
| Discount | 0.00 | 0.00 | 0.00 | 0.00 |
| **3621 & 3623 Room Other Charges** | 500.00 | 500.00 | 500.00 | 1,500.00 |
| **3621 & 3623 Rental** | 60,000.00 | 50,000.00 | 60,000.00 | 170,000.00 |
| **Total 3621 & 3623 Room Rental Income** | 60,500.00 | 50,500.00 | 60,500.00 | 171,500.00 |
| **Rental Income** | 0.00 | 0.00 | 0.00 | 0.00 |
| **3711 N. Ocean Restaurant Income** | | | | |
| Beer | 8,000.00 | 6,000.00 | 6,000.00 | 20,000.00 |
| Beverage | 5,000.00 | 4,000.00 | 5,000.00 | 14,000.00 |
| Food | 45,000.00 | 35,000.00 | 35,000.00 | 115,000.00 |
| Liquor | 30,000.00 | 30,000.00 | 30,000.00 | 90,000.00 |
| Nontaxable | 500.00 | 500.00 | 500.00 | 1,500.00 |
| Wine | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| 3711 N. Ocean Restaurant Income - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 3711 N. Ocean Restaurant Income** | 91,500.00 | 78,500.00 | 79,500.00 | 249,500.00 |
| **3711+3801+3811+3821 Rental Inc** | | | | |
| Room Rental | 295,000.00 | 260,000.00 | 260,000.00 | 815,000.00 |
| Rental Non-Taxable | 0.00 | 0.00 | 0.00 | 0.00 |
| 3711+3801+3811+382 Other Chgs | 10,000.00 | 5,000.00 | 2,000.00 | 17,000.00 |
| **Total 3711+3801+3811+3821 Rental Inc** | 305,000.00 | 265,000.00 | 262,000.00 | 832,000.00 |
| **Total Income** | 457,000.00 | 394,000.00 | 402,000.00 | 1,253,000.00 |
| **Cost of Goods Sold** | | | | |
| Booking Fees | 25,000.00 | 17,000.00 | 17,000.00 | 59,000.00 |
| Daily Hotel Supplies. | 12,000.00 | 10,000.00 | 11,000.00 | 33,000.00 |
| Food & Beverages | 20,000.00 | 20,000.00 | 20,000.00 | 60,000.00 |
| Merchant Fees | 7,000.00 | 7,000.00 | 7,000.00 | 21,000.00 |
| Restaurant Supply | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
| **Total COGS** | 66,000.00 | 56,000.00 | 57,000.00 | 179,000.00 |
| **Gross Profit** | 391,000.00 | 338,000.00 | 345,000.00 | 1,074,000.00 |
| **Expense** | | | | |
| **Automobile Expense** | | | | |
| Auto Lease | 500.00 | 500.00 | 500.00 | 1,500.00 |
| Car Repair | 100.00 | 100.00 | 0.00 | 200.00 |
| Gas | 250.00 | 250.00 | 250.00 | 750.00 |
| **Total Automobile Expense** | 850.00 | 850.00 | 750.00 | 2,450.00 |
| **G&A  Expenses** | | | | |
| Advertising and Promotion | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
| Business Gifts | 100.00 | 100.00 | 100.00 | 300.00 |
| Cable & Internt | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| Cleaning & Laundry | 9,000.00 | 8,000.00 | 8,000.00 | 25,000.00 |
| Computer and Internet Expenses | 2,500.00 | 2,500.00 | 2,500.00 | 7,500.00 |
| Equipment & Modul rental | 300.00 | 300.00 | 300.00 | 900.00 |
| Garbage/Junk Remowal Expenses | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| Ice Machine Rental | 600.00 | 600.00 | 600.00 | 1,800.00 |
| Landscaping | 500.00 | 500.00 | 500.00 | 1,500.00 |

# MY FL MANAGEMENT LLC
## BUDGET
### February through April 2021

| | May 21 | June 21 | July 21 | TOTAL |
|---|---|---|---|---|
| **License and Permits** | 1,000.00 | 1,000.00 | 1,000.00 | 3,000.00 |
| **Office Expense** | 250.00 | 250.00 | 250.00 | 750.00 |
| **Office Supplies** | 300.00 | 300.00 | 300.00 | 900.00 |
| **Pest Control** | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
| **Pool Expenses** | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
| **Postage** | 25.00 | 25.00 | 25.00 | 75.00 |
| **Repairs and Maintenance** | 10,500.00 | 10,500.00 | 10,500.00 | 31,500.00 |
| **Security Systems** | 65.00 | 65.00 | 65.00 | 195.00 |
| **Small Tools and Equipment** | 170.00 | 170.00 | 170.00 | 510.00 |
| **Telephone Expense** | 500.00 | 500.00 | 500.00 | 1,500.00 |
| **Utilities** | | | | |
|     **Electrical & Gas Exp** | 13,500.00 | 11,500.00 | 11,500.00 | 36,500.00 |
|     **Water** | 8,500.00 | 8,000.00 | 8,000.00 | 24,500.00 |
|   **Total Utilities** | 22,000.00 | 19,500.00 | 19,500.00 | 61,000.00 |
| **Total G&A  Expenses** | 58,810.00 | 55,310.00 | 55,310.00 | 169,430.00 |
| **Insurance Expense** | | | | |
|   **Commercial Property & Casualty** | 20,000.00 | 20,000.00 | 20,000.00 | 60,000.00 |
|   **Worker Comp** | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| **Total Insurance Expense** | 23,000.00 | 23,000.00 | 23,000.00 | 69,000.00 |
| **Mortgage Interest** | | | | |
|   **A&D Mortgage Interest** | 69,202.00 | 69,202.00 | 69,202.00 | 207,606.00 |
|   **Interest Elena Richardson** | 7,500.00 | 7,500.00 | 7,500.00 | 22,500.00 |
| **Total Mortgage Interest** | 76,702.00 | 76,702.00 | 76,702.00 | 230,106.00 |
| **Other Interest Expenses** | 300.00 | 300.00 | 300.00 | 900.00 |
| **Payroll Expenses** | | | | |
|   **Administration Payroll Fees** | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
|   **Employees Benefits** | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
|   **Tax Expenses - Employer** | 7,114.50 | 6,732.00 | 7,114.50 | 20,961.00 |
|   **Leased Work Expenses** | | | | |
|     **Front Office/General Manager/Housekeeping** | 80,000.00 | 75,000.00 | 80,000.00 | 235,000.00 |
|     **Restaurant** | 13,000.00 | 13,000.00 | 13,000.00 | 39,000.00 |
|     **Gross Wages - Other** | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Gross Worker Expense** | 93,000.00 | 88,000.00 | 93,000.00 | 274,000.00 |
| **Total Worker Related Expenses** | 103,114.50 | 97,732.00 | 103,114.50 | 303,961.00 |
| **Professional Fees** | | | | |
|   **Professional Fees - Accounting** | 6,500.00 | 6,500.00 | 6,500.00 | 19,500.00 |
|   **Professional Fees Legal** | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
|   **Professional Fees Independent Contractors** | 8,000.00 | 8,000.00 | 8,000.00 | 24,000.00 |
|   **Professional Fees Housekeeping** | 50,000.00 | 50,000.00 | 50,000.00 | 150,000.00 |
| **Total Professional Fees** | 69,500.00 | 69,500.00 | 69,500.00 | 208,500.00 |
| **Taxes** | | | | |
|   **Tangible Property Tax** | 1,500.00 | 1,500.00 | 1,500.00 | 4,500.00 |
|   **Taxes - Property** | 25,000.00 | 25,000.00 | 25,000.00 | 75,000.00 |
|   **Total Taxes** | 26,500.00 | 26,500.00 | 26,500.00 | 79,500.00 |
| **Total Expense** | 358,776.50 | 349,894.00 | 355,176.50 | 1,063,847.00 |
| **Net Ordinary Income** | 32,223.50 | -11,894.00 | -10,176.50 | 10,153.00 |

# MY FL MANAGEMENT LLC
## BUDGET
### February through April 2021

| Other Income/Expense | May 21 | June 21 | July 21 | TOTAL |
|---|---|---|---|---|
| UST Fees | -1,435.11 | -1,399.58 | -1,420.71 | -4,255.39 |
| Interest Income | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Income | -1,435.11 | -1,399.58 | -1,420.71 | -4,255.39 |
| Net Other Income | -1,435.11 | -1,399.58 | -1,420.71 | -4,255.39 |
| | 30,788.39 | -13,293.58 | -11,597.21 | 5,897.61 |